UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRENDA DUNNING LYNOM,
CLARENCE LYNOM JR., and
DEMONTA WHITFIELD,

    Plaintiffs,

v.                                     Case No.:   2:25-cv-381-SPC-NPM

OFFICER LUTZ and OFFICER
NOVAK,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court after review of the docket. Because Plaintiffs failed to timely file an amended complaint, the Court dismisses this action without prejudice.

The Court denied Plaintiff Brenda Dunning Lynom's application to proceed without prepaying fees or costs. (Doc. 4). Because only one of the three plaintiffs filed a complete application, the Court found that Plaintiffs failed to show they are financially eligible to proceed without prepayment. (*Id.* at 4). The Court also considered the sufficiency of their complaint under 28 U.S.C. § 1915 and found it is an improper shotgun pleading. (*Id.* at 5–6). So the Court denied Plaintiffs' application and ordered them to file an amended complaint along with either the filing fee or completed applications from each plaintiff.

(*Id*. at 6).  The court warned that "failure to fully comply with this order or timely seek relief from it may result in a dismissal of this action without prejudice and without further notice." (*Id*.).

Plaintiffs failed to comply.  They have not filed an amended complaint that fixes the original complaint's shotgun-pleading deficiencies.  Nor have they paid the filing fee, or each completed applications to proceed without prepaying fees or costs.  So the Court dismisses this action without prejudice.

Accordingly, it is

**ORDERED:**

(1) This action is **DISMISSED without prejudice.**

(2) The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 14, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record